UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Timotheus Elijah Hemingway, ) | |
| ) | C/A No.: 3:08-cv-00849-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| Jacob Speights, Wanda Ried, M. James, ) | |
| Michael Brown, Joyce W. Brunsen, Joey ) | |
| Norris, Kenny Boone, and M. Nagy, ) | |
| Defendants. ) | |
| ) | |

This matter comes before the Court on the plaintiff's motion for transcripts at the government's expense filed on March 16, 2009. For the reason stated herein, the motion is DENIED.

Plaintiff brings this claim *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The plaintiff is seeking transcripts and no transcripts exist. There have been no hearings in the plaintiff's case for which transcripts would have been prepared. The

plaintiff has been provided all pleadings in the case throughout the course of the case. The Court has no other documents to provide to the plaintiff.

    IT IS THEREFORE ORDERED that the motion is DENIED.

    IT IS SO ORDERED.

*G. Ross Anderson, Jr.*
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

March 25 , 2009
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

    Plaintiff has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.